UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>GEORGE W. SMALL,<br><br>and<br><br>LINDA J. SMALL,<br><br>DEFENDANTS | CIVIL ACTION NO.:<br>1:25-cv-00152-SDN |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(1)**

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), Plaintiff United States Department of Agriculture hereby gives notice that this action is voluntarily dismissed. Defendants George W. Small and Linda J. Small have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

     Dated this June 12, 2025.

                                                                        /s/ *Kevin J. Crosman*
                                                                       Kevin J. Crosman, Bar No. 4279
                                                                       Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 12, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

George W. Small
1481 State Highway 150
Parkman, Maine 04443

Linda J. Small
1481 State Highway 150
Parkman, Maine 04443

Dated at Portland, Maine, this June 12, 2025.

                                                      /s/ *Kevin J. Crosman*
                                                    _____
                                                    Kevin J. Crosman, Bar No. 4279
                                                    Attorney for Plaintiff